```
                                          Receipt Number: 910422
                                          Tracking Number: 73837103
EML
COPY OF PLEADING PROVIDED BY PLT
```
2/3 by CM

CAUSE NUMBER: 202106305

| | |
|---|---|
| PLAINTIFF: KHAN, FREDERICK QASIM | In the 157th Judicial |
| vs. | District Court of |
| DEFENDANT: WALMART INC | Harris County, Texas |

## CITATION

THE STATE OF TEXAS
County of Harris

TO: WALMART INC MAY BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.
This instrument was filed on February 2, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 2, 2021.



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: MARIA RODRIGUEZ

Issued at request of:
HOLLINGSWORTH, STEVEN RYAN
1415 NORTH LOOP WEST, SUITE 200
HOUSTON, TX 77008
(713) 637-4560

Bar Number: 24041115

Exhibit A

Tracking Number: 73837103
EML

CAUSE NUMBER: 202106305

| PLAINTIFF: KHAN, FREDERICK QASIM | In the 157th |
| --- | --- |
| vs. | Judicial District Court |
| DEFENDANT: WALMART INC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____

_____
_____ of _____

County, Texas
_____ By: _____
           Affiant                                   Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 \_\_\_\_\_

_____
Notary Public

Exhibit A



# Service of Process Transmittal
02/03/2021
CT Log Number 538993519

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Texas**

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Khan Frederick Qasim, Pltf. vs. Walmart Inc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Original Petition |
| **COURT/AGENCY:** | 157th Judicial District Court Harris County, TX<br>Case # 202106305 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 03/17/2020, Walmart Supercenter Store located at 4412 North Freeway, Houston, Texas 77022 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/03/2021 at 12:52 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next after the expiration of 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Steven R. Hollingsworth<br>Hollingsworth Law Firm, PLLC<br>1415 North Loop West<br>Suite 200<br>Houston, TX 77008<br>713-637-4560 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/04/2021, Expected Purge Date: 02/09/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / VA

Exhibit A



**Service of Process Transmittal**
02/03/2021
CT Log Number 538993519

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Texas**

**FOR:** WALMART INC.  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / VA

Exhibit A



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Feb 3, 2021

**Server Name:** Caleb Malone

| | |
|---|---|
| Entity Served | WALMART INC. |
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 202106305 |
| Jurisdiction | TX |



Exhibit A

CAUSE NO. 202106305

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 910422  TRACKING NO: 73837105
EML

| Plaintiff: | In The 157th |
|---|---|
| KHAN, FREDERICK QASIM | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| WALMART INC | Houston, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

2/3 by CM

To:  WALMART SUPERCENTER (A DELAWARE CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on February 2, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on February 2, 2021, under my hand and seal of said court.

*Marilyn Burgess*

| Issued at the request of: | Marilyn Burgess, District Clerk |
|---|---|
| Hollingsworth, Steven R. | Harris County, Texas |
| 1415 NORTH LOOP WEST, SUITE 200 | 201 CAROLINE Houston Texas 77002 |
| HOUSTON, TX 77008 | (PO Box 4651, Houston, Texas 77210) |
| (713) 637-4560 | |
| Bar Number: 24041115 | Generated By:MARIA RODRIGUEZ |

Exhibit A

EML

Tracking Number: 73837105

**CAUSE NUMBER: 202106305**

| | |
|---|---|
| PLAINTIFF: KHAN, FREDERICK QASIM | In the 157th |
| vs. | Judicial District Court of |
| DEFENDANT: WALMART INC | Harris County, Texas |

## OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____          By_____
                Affiant                                            Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

Exhibit A



| | |
|---|---|
| **Service of Process Transmittal** | |
| 02/03/2021 | |
| CT Log Number 538992746 | |

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Wal-Mart  (Cross Ref Name)  (Domestic State: DE)<br>WALMART INC. (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Khan Frederick Qasim, Pltf. vs. Walmart Inc., et al., Dfts. // To: Walmart Supercenter, etc.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Return, Original Petition |
| **COURT/AGENCY:** | 157th Judicial District Court Harris County, TX<br>Case # 202106305 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 03/17/2020, 4412 North Freeway, Houston, Texas 77022 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/03/2021 at 01:16 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration date of 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Steven R. Hollingsworth<br>Hollingsworth Law Firm, PLLC<br>1415 North Loop West, Suite 200<br>Houston, TX 77008<br>713-637-4560 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/03/2021, Expected Purge Date: 02/08/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s)

Page 1 of  2 / AP

Exhibit A



|   | **Service of Process Transmittal**<br>02/03/2021<br>CT Log Number 538992746 |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Wal-Mart  (Cross Ref Name)  (Domestic State: DE)<br>WALMART INC. (True Name) |

of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / AP

Exhibit A

## PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Feb 3, 2021

**Server Name:** Caleb Malone

| Entity Served | Walmart Supercenter |
|---|---|
| Agent Name | |
| Case Number | 202106305 |
| Jurisdiction | TX |



Exhibit A

CAUSE NO. 202106305

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 910422 TRACKING NO: 73837106
EML

| Plaintiff: | In The 157th |
| KHAN, FREDERICK QASIM | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| WALMART INC | Houston, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

2/3 by CM

To:  WAL-MART STORES TEXAS LLC (A DELAWARE CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on February 2, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on February 2, 2021, under my hand and seal of said court.

Issued at the request of:

HOLLINGSWORTH, STEVEN RYAN
1415 NORTH LOOP WEST, SUITE 200
HOUSTON, TX 77008
(713) 637-4560
Bar Number: 24041115

*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002

(PO Box 4651, Houston, Texas 77210)

Generated By: MARIA RODRIGUEZ

Exhibit A

EML  Tracking Number: 73837106

## CAUSE NUMBER: 202106305

| | |
|---|---|
| PLAINTIFF: KHAN, FREDERICK QASIM | In the 157th |
| vs. | Judicial District Court of |
| DEFENDANT: WALMART INC | Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____           By_____
                Affiant                                                  Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

Exhibit A



# Service of Process Transmittal
02/03/2021
CT Log Number 538993471

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Texas**

**FOR:** Wal-Mart Stores Texas, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Khan Frederick Qasim, Pltf. vs. Walmart Inc., et al., Dfts. // To: Wal-Mart Stores Texas, LLC, etc. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Original Petition |
| **COURT/AGENCY:** | 157th Judicial District Court Harris County, TX<br>Case # 202106305 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 03/17/2020, 12 North Freeway, Houston, Texas 77022 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/03/2021 at 12:52 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration date of 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Steven R. Hollingsworth<br>Hollingsworth Law Firm, PLLC<br>1415 North Loop West, Suite 200<br>Houston, TX 77008<br>713-637-4560 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/03/2021, Expected Purge Date: 02/08/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / AP

Exhibit A



# CT Corporation

**Service of Process Transmittal**
02/03/2021
CT Log Number 538993471

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Wal-Mart Stores Texas, LLC  (Domestic State: DE) |

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / AP

Exhibit A



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Feb 3, 2021

**Server Name:** Caleb Malone

| Entity Served | WAL-MART STORES TEXAS, LLC |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 202106305 |
| Jurisdiction | TX |



Exhibit A